JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**Brian Whitaker**,

      Plaintiff,

  v.

**Halac Enterprises, Inc**., a California Corporation;
and Does 1-10,

      Defendants.

Case 2:19-CV-06331-RGK-JC

[~~proposed~~] **Judgment**
(re: Default Judgment)

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Brian Whitaker shall have JUDGMENT in his favor against defendant Halac Enterprises, Inc. Halac Enterprises, Inc. is ordered to provide accessible outdoor dining tables at Menchie's Frozen Yogurt at 13369 Ventura Blvd., Sherman Oaks, California, in compliance with the Americans with Disabilities Act Accessibility Standards.  Attorneys fees and costs in the amount of $3,899 are awarded to plaintiff.

Dated: January 14, 2020                    By:_____
                                           United States District Judge


*Presented by*:
Russell Handy, Esq.
858-375-7385
russ@potterhandy.com
Attorney for Plaintiff

Proposed JUDGMENT                                    Case: 2:19-CV-06331-RGK-JC